# ATTY DISCLOSURE STATE

Satish K Bhatia attorney associated with Bhatia & Associates PLLC state that the debtor has paid me sum of $4000 towards the bankruptcy chapter 11 petition. I spent about approximately 10 hours in preparation and filing including interview with the debtors. My fee would be at the rate of $375 per hour subject to approval of the court.

DATE: February 18, 2026

//s//SATISH BHATIA
\----------------------------
Satish K Bhatia