## STATEMENT PERTAINING TO BALANCE SHEET

The debtor is not in possession of balance sheet as the debtor was not able to run the business from the beginning due to gas leak and other defective condition in the building which the landlord failed and neglected to remove.

DATE: February 18, 2026

_____
Sanjay Jain
The president of the company