## STATEMENT PERTAINING TO CASHFLOW

The debtor is not in possession of CASHFLOW as the debtor was not able to run the business from the beginning due to gas leak and other defective condition in the building which the landlord failed and neglected to remove.

DATE: February 18, 2026

_Sanjay Jain_
Sanjay Jain
The president of the company