## Statement of Operations

I, **Sanjay Jain,** state that the debtor is not operating the restaurant business due to failure of the landlord to remove the defective conditions of the premises and it would take at least 3 to 4 months for the debtor to remove the defective condition.

DATE: February 18, 2026

‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑‑
Sanjay Jain
The president of the company