# CORPORATE RESOLUTION

## AUTHORIZING FILING OF BANKRUPTCY PETITION

I, **Sanjay Jain,** the president of the debtor, do hereby certify that this Resolution of the Board of Directors of **Jubilee Hospitality DTN Inc,** a corporation duly organized and existing under the laws of State of New York, authorizing the Company to file a voluntary bankruptcy petition under chapter 5 title 11 was adopted on 02/02/2026

**WHEREAS,** it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under chapter 5 of Title 11 of the United States Code (the "Bankruptcy Code").

**BE IT HEREBY RESOLVED** that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

**FURTHER RESOLVED** that Sanjay Jain, the president, is authorized to execute all documents necessary for the Company to file a voluntary petition under chapter 11 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

**FURTHER RESOLVED** that Sanjay Jain, the president, is authorized to employ Bhatia & Associates PLLC to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case;

**FURTHER RESOLVED** that Sanjay Jain, the president, is authorized to retain such other professionals as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

**FURTHER RESOLVED** that Sanjay Jain, the president is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

**FURTHER RESOLVED** that all acts lawfully done by Sanjay Jain, the president to effectuate the intent of these resolutions are hereby ratified and approved.

DATE: February 18, 2026

_____ (Signature)

Sanjay Jain
------------------------------
(Name)

President
------------------------------
(Title)