# Debtors' affidavit under Rule 1007-2

I, Sanjay Jain the president of the debtor swear under perjury of penalty as follows,

1. The nature of the debtor's business is a restaurant which is currently closed due to failure of the landlord to repair the defective conditions. The landlord has obtained a judgment against the debtor. The debtor is not in position to satisfy the judgement at present.

2. The information about the unsecured claims is provided in the schedules attached with the petitions. The information also includes the complete address of the creditors.

3. The summary of the debtors' assets and liabilities are also provided in the schedule attached with the petitions.

4. No share of stocks and any type of security are publicly held.

5. The debtor is not holding any other property.

6. The business doesn't contain any employee and as such there is no payroll and no amount has been paid to any employee. No amount is proposed to be paid to any employee for the 30-day period following the filing of the petition.

7. No share of stock, debentures, other security of the debtor are publicly held.

8. Any property of the debtor is not in possession or custody of any custodian, public officer ,mortgagee, pledgee, assignee of rents, secured creditor, or agent of any entity.

9. No asset, the debtor books and records are located outside the territorial limits of the United State.

 Scanned with CamScanner

Sanjay Jain
The president of the company

Verified on February 18, 2026
In the county of New York
State of New York

(Notary Public)

SATISH KUMAR BHATIA
Notary Public, State Of New York
No. 02BH6343050
Certified in New York County
Commission Expires 05/31/2028

Scanned with
CamScanner