## Corporate Ownership Statement

I, Sanjay Jain, the president of the debtor Jubilee Hospitality DTN Inc state that there is no publicly held corporation that owns 10% or more stock and there is no parent corporation as contemplated under Rule 7007.1.

DATE: February 18, 2026

Sanjay Jain
The president of the company

Scanned with CamScanner