# Statement pertaining to List of Equity Security Holders

I, Sanjay Jain, the president of the debtor state that I am holding 60% of the shares of the debtor and Tabitha Mainaly is holding 40% of the shares of the debtor. There is no other Equity Security Holders.

DATE: February 18, 2026

Sanjay Jain

The president of the company

Scanned with CamScanner